# EXHIBIT A

US00D615313S

## (12) United States Design Patent
### Rooth

(10) Patent No.: **US D615,313 S**
(45) Date of Patent: ** May 11, 2010

(54) **LOUNGE CHAIR MADE FROM RECLAIMED WINE BARREL STAVES**

(76) Inventor: **Gustaf Anders Rooth**, 3811 Ray St., San Diego, CA (US) 92104

(**) Term: **14 Years**

(21) Appl. No.: **29/351,869**

(22) Filed: **Dec. 11, 2009**

(51) **LOC (9) Cl.** .................................................. **06-01**
(52) **U.S. Cl.** ....................... **D6/370**; D6/379
(58) **Field of Classification Search** .......... D6/334–336, D6/367, 368, 370, 372, 373, 374, 375, 376, D6/379, 500–502; 297/31, 40, 46, 411.42, 297/411.43, 445.1, 446.1, 447.1, 452.63
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D114,478 S | | 4/1939 | Terker |
| D114,693 S | | 5/1939 | Wood |
| D155,880 S | | 11/1949 | Erwin |
| 3,061,373 A | | 10/1962 | Sarchia |
| D197,512 S | * | 2/1964 | Poisson ........................ D6/375 |
| D240,873 S | * | 8/1976 | Lewis ........................... D6/368 |
| D249,307 S | | 9/1978 | Hall |
| D269,653 S | * | 7/1983 | Deconinck ................... D6/368 |
| D276,106 S | | 10/1984 | Grosfillex |
| D295,927 S | | 5/1988 | Hickey |
| 5,040,847 A | * | 8/1991 | Nguyen ................... 297/447.1 |
| 5,120,071 A | | 6/1992 | Thibault |
| D330,463 S | | 10/1992 | Tonon |
| D341,265 S | | 11/1993 | Gehry |
| D345,656 S | | 4/1994 | Theobald |
| D350,860 S | | 9/1994 | Greeson |
| D420,824 S | | 2/2000 | Lin |
| D566,411 S | | 4/2008 | Lee |
| D570,127 S | | 6/2008 | Spink |

* cited by examiner

*Primary Examiner*—Mimosa De
(74) *Attorney, Agent, or Firm*—Quick Patents, Inc.; Kevin Prince

(57) **CLAIM**

What is claimed is the ornamental design for a lounge chair made from reclaimed wine barrel staves, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a lounge chair made from reclaimed wine barrel staves, showing the new design;

FIG. 2 is a right-side elevational view thereof;

FIG. 3 is a left-side elevational view thereof;

FIG. 4 is a front elevational view thereof;

FIG. 5 is a rear elevational view thereof;

FIG. 6 is a top plan view thereof; and,

FIG. 7 is a bottom plan view thereof.

The broken lines showing a wine glass and a cushion in FIG. 1 are included for the purpose of illustrating the invention in use, and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# EXHIBIT B


Wine Barrel Chair

1
2
3
4
5
6
7
8
9
10
11
12        EXHIBIT C
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

